**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00166-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JOSE HUGO HERNANDEZ-VALENCIA,
      *a.k.a. Hugo Hernandez-Valencia,*
      *a.k.a. Cilviano Contreras-Valencia,*
      *a.k.a. Pedro Nava,*
      *a.k.a. Silviano Contreras,*
      *a.k.a. Hugo Hernandez,*

      Defendant.

___

**ORDER SETTING TRIAL DATES AND DEADLINES**
___

This matter has been scheduled for a **two-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **June 29, 2015 at 9:00 a.m.** On the first day of trial, counsel and pro se parties shall be present at **8:30 a.m.** It is

ORDERED THAT all pretrial motions shall be filed by **May 12, 2015** and responses to these motions shall be filed by **May 19, 2015**. It is further

ORDERED that a Trial Preparation Conference is set for **June 5, 2015 at 9:00 a.m.** in Courtroom A601. Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation

Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 28th day of April, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge