# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 15-cr-00166-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JOSE HUGO HERNANDEZ-VALENCIA,
   *a.k.a. Hugo Hernandez-Valencia,*
   *a.k.a. Cilviano Contreras-Valencia,*
   *a.k.a. Pedro Nava,*
   *a.k.a. Silviano Contreras,*
   *a.k.a. Hugo Hernandez,*

    Defendant.

_____

## ORDER SETTING CHANGE OF PLEA AND SENTENCING HEARING
_____

Pursuant to the Notice of Disposition (Docket No. 16) and Unopposed Motion for Immediate Sentencing (Docket No. 15) filed on May 6, 2015.  A Change of Plea Hearing and Sentencing are set for **June 10, 2015,** at **10:00 a.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **June 5, 2015**, at **9:00 a.m.** and the two-day jury trial scheduled for **June 29, 2015, at 9:00 a.m.** are VACATED.

Dated this 8th day of May, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge